# Insurance Application for Security, Alarm & Investigative Firms

Central Insurance Agency
93 E Main Street |Smithtown, NY 11787
t: 877-242-9600 | f: 877-243-8995
www.ciainsures.com

**IMPORTANT**: All questions must be answered before this risk can be considered.

1. Name, including any DBAs: Professional Police Services “DBA” Professional Security Services
2. Physical Address: 9101 Southern Pine Blvd Suite 100 Charlotte NC 28273
   *Attach a list if multiple locations.
3. Mailing Address: P.O.Box 145 Mt. Holly, NC 28120 Website: www.pssprotection.com
4. Person to contact: Candace Ratliff Title: C.O.O.
5. Phone: 704-442-9499 Fax: 704-442-9899 Email: clratliff@pssprotection.com
6. Date Established: 07/2000 FEIN: 56-2208640
7. Form of Business: ☐ Individual ☐ Partnership ☑ Corporation ☐ LLC ☐ Other ______
8. Names previously operated under (if any): ______
9. Owner/Principal: Lee Ratliff Experience: PSS 20 yrs; CMPD 10+ yrs; U.S. Army
   Owner/Principal: ______ Experience: ______
10. Operations:
    Security/Patrol 100 % Investigations ___% Process Serving ___% Security Consulting ___%
    Alarm/CCTV Install ___% Monitoring ___% Other ______%
11. Do you own another business? ☐ Yes ☑ No If yes, please describe: ______
12. Do you work in other states or countries? ☐ Yes ☑ No If yes, which ones: ______
13. List your five largest clients & describe the service(s) you provide to them:
    Mecklenburg County-Observe and Patrol, Customer Service, Write Reports
    Charlotte Area Transit Systems-Observe and Patrol, Customer Service, Write Reports
    Sharon Towers-Observe and Patrol, Customer Service, Write Reports
    Atrium Health-Observe and Patrol, Customer Service, Write Reports
    Windsor Jewelers-Observe and Patrol, Customer Service, Write Reports
14. Is a standard contract used with clients? ☑ Yes ☐ No If yes, please attach a copy.
15. Do you subcontract work to others? ☐ Yes ☑ No If yes, what type of work? ______
    Do you require Certificates of Insurance from subcontractors? ☐ Yes ☐ No
    Anticipated subcontractor costs for this year: $______
16. What are your incident reporting procedures? Online reporting system in real time
17. What kind & how long are records kept? All and forever
18. Is this an owner-only operation? ☐ Yes ☑ No *If yes, skip questions 19, 20 & 21*
19. How many Full Time employees? 129 How many Part Time employees? 0
    Average length of employment: 3 Average hourly wage: $$20
20. Pre-employment screening procedures:
    ☑ Criminal Background Check ☑ Fingerprint Card ☑ Personal References
    ☑ Prior Employer Contact ☑ Driving Record ☑ Drug Screen ☐ Polygraph
21. Employee training consists of:
    ☑ Written Manual ☑ On the Job ☑ Firearms ☑ Report Writing
    ☐ Self Defense ☐ Powers of Arrest ☐ CPR ☐ Other ______

**I am interested in the following coverages:**

- [x] **General Liability and E&O**, effective date: ________________ Attach loss runs.
- [x] **Umbrella,** effective date: ________________ Attach ACORD & loss runs.
- [x] **Workers Compensation,** effective date: __________________ Attach ACORD, Ex-Mod worksheet & loss runs.
- [ ] **Business Auto,** effective date: ___________________ Attach ACORD & loss runs.
- [ ] **Crime,** effective date: ___________________ Attach ACORD & loss runs.
- [ ] **Employment Practices Liability,** effective date: __________________ Please contact our office.

*******************************************************************************************

## Coverages - General Liability and Errors & Omissions

Complete this section if applying for General Liability.

1. Limits desired: ☐ 500k/1M ☐ 1M/1M ☐ 1M/2M ☑ Other 1 mil/3 mil
2. Deductible per occurrence: ☑ $1,000 ☐ $2,500 ☐ $5,000 ☐ $10,000 ☐ over $10,000
3. Optional Coverages:
   - Additional Insureds ☐ One ☐ Two ☐ Three ☑ Blanket ☑ Primary Non-Contributory Wording
   - Waivers of Subrogation ☐ One ☐ Two ☐ Three ☑ Blanket
   - Per Job Aggregate ☐ One ☐ Blanket
   - Employee Dishonesty ☐ $50k limit with separate deductible of $1k ☐ $100k limit with separate deductible of $2.5k
   - Lost Key Coverage ☑ $50k limit with separate deductible of $1k
   - Stop Gap For which state? __________
   - Mobile Equipment(cart, ATV) How many? yes Public transported? ☐ Yes ☑ No Equipped with lights? ☑ Yes ☐ No
   - Employee Benefits Liability ☐ $1,000,000 How many full time employees? _________
4. Optional Drone Liability Coverage:
   a. Are drones used in operations? ☐ Yes ☑ No If yes, how many? _________
   b. Types of locations & reason for use: ______________________________
5. During the past 4 years have you had any claims for damages and/or incidents which may result in claims? ☐ Yes ☑ No
6. Has your liability insurance been cancelled, declined or non-renewed? (not applicable in MO) ☐ Yes ☑ No
   If yes, please explain: ______________________________
7. Regarding your previous general liability insurance for the past 4 years: ***Attach Loss Runs if Available**

| Insurance Carrier | Policy Term | Premium | Number of Claims |
|---|---|---|---|
| brownyard | 430/2023--2024 | 25052 | |
| brownyard | 430/2022--2023 | 25052 | |
| brownyard | 430/2021--2022 | 25052 | |
| brownyard | 430/2020--2021 | 25052 | |

# Coverages - Workers Compensation

Complete this section if applying for Workers Compensation. ACORD application must be attached.

1. Employers Liability Limits: ☐ 100k/100k/500k ☐ 500k/500k/500k ☑ 1M/1M/1M
2. Current Experience Mod: 1.23 New Experience Mod: ______ Effective Date: ______
3. Maximum number of guards for any one site at any one time: 3
4. Are any alarm installations or prewiring performed at heights above 20 feet? ☐ Yes ☑ No
5. Do you have a formal safety program? ☑ Yes ☐ No If yes, describe below. If no, are you willing to develop one? ☐ Yes ☐ No

   ______________________________

6. Payroll – List total for each category:

| | | | |
|---|---|---|---|
| Guards/Investigators | $4 million | Clerical/Monitoring | $300,000 |
| Alarm Installers | $ | Outside Sales | $835,000 |
| Owners/Executive Officers | $ | Other ______ | $ |

7. Ownership Data – List each Owner, Partner or Officer:

| Name | Title | Duties | Is Coverage Desired |
|---|---|---|---|
| Lee Ratliff | Principal/owner | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

8. How many do you employ under 16 or older than 65? ______ If any, are physicals required & kept on file? ☐ Yes ☐ No
9. Does your company have the following:

| | | | |
|---|---|---|---|
| a.A written drug & alcohol policy | ☑ Yes ☐ No | k.Physicals & periodic random drug testing | ☑ Yes ☐ No |
| b.A vehicle safety program for drivers & vehicles | ☑ Yes ☐ No | l.Lease employees to or from other employers | ☐ Yes ☑ No |
| c.A designated safety coordinator | ☑ Yes ☐ No | m.Designated person coordinates claim activities | ☑ Yes ☐ No |
| d.Prompt reporting of all employee injuries | ☑ Yes ☐ No | n.Labor interchange with any other business | ☐ Yes ☑ No |
| e.A formal accident review & investigation program | ☑ Yes ☐ No | o.Are employees provided health insurance | ☐ Yes ☑ No |
| f.Employee involvement in inspection/safety committees | ☐ Yes ☑ No | p.Any employees with physical handicaps | ☐ Yes ☑ No |
| g.Any work perform underground or above 15 feet | ☐ Yes ☑ No | q.Are athletic teams sponsored | ☐ Yes ☑ No |
| h.Working with injured worker & insurer's physician panel | ☐ Yes ☑ No | r.Any group transportation involved | ☐ Yes ☑ No |
| i.A transitional duty/light duty program for injured workers | ☐ Yes ☑ No | s.Are 25% or more of alarm installations per formed by subcontractors | ☐ Yes ☑ No |
| j. Any tax liens or bankruptcy within the last 5 years | ☐ Yes ☑ No | | |

10. Do you own or use airplanes in business or conduct any operations dockside, shipboard or for railroads? ☐ Yes ☑ No

    If yes, explain: ______
11. How many autos used in business? 11 How? ______ Any emergency response? ☐ Yes ☑ No
12. Are Motor Vehicle Records run annually with the requirement of no more than three incidents over a three year period? ☑ Yes ☐ No
13. Has any insurer cancelled or refused to renew within the past three years? ☐ Yes ☑ No
14. Are you in debt to any broker, agent or insurance company for any unpaid premiums for workers compensation coverage?

    ☐ Yes ☑ No If yes, explain: ______
15. Regarding your previous workers compensation insurance for the past 4 years: ***Attach Loss Runs if Available**

| Insurance Carrier | Policy Term | Premium | Number of Claims |
|---|---|---|---|
| Arch | | | |
| Arch | | | |
| Arch | | | |
| Arch | | | |

## Underwriting - Security Guards

**Security Guards & P.P.O.**

1. Anticipated security guard billed hours for this year: Armed 35,000 Unarmed 260,000

2. Annual:

| | Estimate this Year | Last Year | 2 Years Ago |
|---|---|---|---|
| Security Payroll | $4,000,000 | $2,300,000 | $ |
| Security Receipts | $ | $ | $ |

3. State issued security license number(s): 181.1875GP, SC2251
4. How many: Unarmed Guards 120 Armed Guards 27 Supervisors 40
5. Average hourly wage: Unarmed Guards $20.00 Armed Guards $24.00 Supervisors $26.00
6. Number of Full Time Guards 147 Number of Part Time Guards ______
7. How many canines are utilized? ______ If any, are they leashed & attended by a handler? ☐ Yes ☐ No
   What types of assignments are canines used for? ______
8. Does your company use GPS guard monitoring? ☑ Yes ☐ No
9. Do employees carry Tasers or similar? ☐ Yes ☑ No If yes, are they trained to applicable state laws? ☐ Yes ☐ No
10. If any retail security, what is your apprehension & detention policy? ______
11. Firearms:
    a. Are all armed owners & employees properly licensed for firearms with the states in which they carry firearms? ☑ Yes ☐ No
    b. Copies of licenses kept on file with procedures in place to ensure licenses are current & renewed as required? ☑ Yes ☐ No
    c. Does the company or employee own the firearms? employee Most common gun or caliber: ______
    d. Describe your gun control program: employee goes thro state mandated firearms class, training
12. Operations:

| | Armed Payroll $$$ | Unarmed Payroll $$$ |
|---|---|---|
| Airports* | | |
| Armored Car/Courier Escort | | |
| Bars/Nightclubs/Taverns/Lounges | | |
| Body Guard (high profile VIPs) | | |
| Cannabis Industry* | | |
| Casinos/Bingo Halls | | |
| Concerts/Parades/Festivals/Private Events* | | |
| Conventions/Trade Shows | | |
| Construction Sites | | |
| Executive Protection | | |
| Government Contracts* | | 2,340,000 |
| Hospitals/Medical Facilities* | | 200,000 |
| Hotels/Motels* | | |
| Industrial/Warehouses | | |
| Office Buildings/Banks | 900,000 | 40,000 |
| Private Residence HOA/Gated Communities* | | |
| Residential - Apartments/Condos* | | |
| Residential - Other: ______* | | 270,000 |
| Restaurants: ☐fast food ☐full service ☐both | | |
| Retail: ☐inside ☐outside ☑both | | 150,000 |
| Schools during school hours/Campus Patrol* | | |
| Schools after school hours/Parking Lots* | | |
| Traffic Control/Flagmen | | |
| Other: PARKING GARAGE * | | 100,000 |
| **Total** | 900,000 | |

**If you have any payroll in categories marked with an asterisk (*) complete corresponding questions on page 5.**

# Underwriting - Security Guards

If you provide security services for any of the below categories please use this space to describe the operations in detail.

1. Airports: none

2. Cannabis Industry – provide exact details of work orders (**must also attach copy of contract**): none

3. Concerts, Parades, Festivals, or Private Events: none

4. Government Contracts:

5. Hospitals or Medical Facilities: Rock Hill Medical Office Building 1656 Riverchase Blvd Rock Hill, SC 29732

6. Hotels or Motels:

7.a. Residential - HOA's, apartments, other, etc.: Sharon towers-Sharon Towers Drive Charlotte NC 28210

7.b. Are any of the properties connected with a public housing authority, a public housing agency or designee? ☐ Yes ☐ No

8.a. Schools, including colleges & universities: none

8.b. Are any of the locations designated as student housing or dormitories? ☐ Yes ☐ No

9. Other:

**Investigators, Process Servers, Polygraph Analysts & Security Consultants**

1. State issued private investigator license number(s): ______________________
2. How many owners or principals are active in investigations, process service, polygraph or consulting? ________
3. How many employees (not owners or subcontractors) are active in investigations, process service, polygraph or consulting? ________
   What is their payroll? $______________
4. How many canines are utilized? ________ If any, are they leashed & attended by a handler? ☐ Yes ☐ No
   What types of assignments are canines used for? ______________________
5. Firearms:
   a. Are all armed owners & employees properly licensed for firearms with the states in which they carry firearms? ☐ Yes ☐ No
   b. Copies of licenses kept on file with procedures in place to ensure licenses are current & renewed as required? ☐ Yes ☐ No
   c. Does the company or employee own the firearms? ____________ Most common gun or caliber: __________
   d. Describe your gun control program: ______________________
6. Considering your investigative & consulting operations, what percentage falls into each of the below categories?

| | % of Ops | Armed | Unarmed |
|---|---|---|---|
| Auto Repossessions | ______ | ☐ | ☐ |
| Background Checks | ______ | ☐ | ☐ |
| Body Guard (high profile VIPs) | ______ | ☐ | ☐ |
| Bounty Hunter/Fugitive Recovery | ______ | ☐ | ☐ |
| Computer Forensics | ______ | ☐ | ☐ |
| Credit/Pre-employment/Drug Testing | ______ | ☐ | ☐ |
| Domestic/Divorce | ______ | ☐ | ☐ |
| Executive Protection | ______ | ☐ | ☐ |
| Fire Cause & Origin | ______ | ☐ | ☐ |
| Forensic Accounting | ______ | ☐ | ☐ |
| Insurance/Surveillance/Legal | ______ | ☐ | ☐ |
| Locates/Missing Persons | ______ | ☐ | ☐ |
| Patent/Trademark/Corporate | ______ | ☐ | ☐ |
| Polygraph Service/Lie Detection | ______ | ☐ | ☐ |
| Process Serving | ______ | ☐ | ☐ |
| Security Consulting | ______ | ☐ | ☐ |
| Shopping Service | ______ | ☐ | ☐ |
| Other: ______________ | ______ | ☐ | ☐ |

**Alarm/CCTV Installers, Servicers & Monitoring Firms**

1. State issued alarm license number(s): ______________________
2. How many owners or principals are active in installation, service or repair? ________
3. How many employees (not owners or subs) perform installation, service or repair? _____ What is their payroll? $____________
4. Percentage of total installs, services or repairs:
   Fire/Burglar Alarm _____% Medic Alert _____% Access Control _____% Bank Equipment _____ %
   Temp Control _____ % CCTV _____% Intercom _____ % Other: ______________%
5. Will you service a system you did not install? ☐ Yes ☐ No
6. What specific warranties do you give on an outright sale? ______________________
7. Does your company manufacture any products? ☐ Yes ☐ No If yes, attach sales materials & spec sheets for those products.
8. Do you perform installations for new homes under construction? ☐ Yes ☐ No
9. Do you respond to your alarms? ☐ Yes ☐ No If yes, are response runners armed? ☐ Yes ☐ No
10. Percentages for monitoring: *Check this box & skip remaining questions if all monitoring is subcontracted to another company* ☐
    Fire/Burglar Alarm _____% Medic Alert _____% Temp Control _____% Combination _____ %
    Access Control _____ % CCTV _____% Intercom _____ % Other: ______________%
11. What are the anticipated monitoring receipts for this year? ____________
12. How many Subscribers? ________ How many under contract? ________
    How many Central Station Subscribers? ________ How many under contract? ________

## Coverages – Business Auto and Hired/Non-Owned Auto Liability

Complete this section if applying for auto coverage. ACORD application must be attached if any business owned autos.

**Business Auto:**

1. Does your business own any vehicles? ☐ Yes ☐ No
2. Are all of the vehicles titled under the business name? ☐ Yes ☐ No
3. Does your business lease vehicles from another party? ☐ Yes ☐ No Lease vehicles out to another party? ☐ Yes ☐ No
4. Is lease GAP insurance required? ☐ Yes ☐ No
5. Are there any owned or leased vehicles other than those listed on your Acord application/vehicle schedule? ☐ Yes ☐ No
6. Do you use any: ☐ Dump trucks ☐ Trailers ☐ Cranes ☐ Booms ☐ Snow plow attachments
7. Are any of the vehicles used for 24 hour patrols? ☐ Yes ☐ No If yes, how many shifts in a 24 hours period? ___________
8. Do all of your vehicles undergo routine maintenance? ☐ Yes ☐ No
9. Are maintenance logs kept for each vehicle? ☐ Yes ☐ No
10. Do drivers perform daily maintenance checks on all vehicles? ☐ Yes ☐ No
11. What percentage of your driving is: Within 50 miles ___________% 51-100 miles ___________% Over 100 miles _________%
12. Are GPS fleet telematics devices used? ☐ Yes ☐ No If yes, on what percent of vehicles? ___________%
13. If telematics are used, what type(s)? ☐ Plug in ☐ Hard wired ☐ Cell phone based ☐ Other type: ______________________

**Hired & Non-Owned:**

1. How many employees use their own vehicles for company business (sales, deliveries, trips to post office or bank, etc.)? __________
2. Do all employees that use their own vehicles for company business, even occasionally, carry personal auto insurance? ☐ Yes ☐ No
3. How often and for what purpose(s) do employees drive their own vehicles for company business? ______________________

   ________________________________________________________________________________
4. About how many vehicles are hired or borrowed each year (including short and long term rentals and/or leases)? _________
5. For what purpose(s) are hired or borrowed vehicles used? ________________________________________________
6. What is the usual length of time vehicles are hired or borrowed for? ______________________________
7. What is the expected total annual cost for hired and/or borrowed vehicles? $_______________________

**Drivers:**

1. Does your business have a written Driver Safety Program that is implemented and enforced? ☐ Yes ☐ No
2. Is there a driver training program? ☐ Yes ☐ No If yes, please describe: ________________________________________
3. Is there a written vehicle take-home policy? ☐ Yes ☐ No
4. Are employees required to complete incident reports for all incidents? ☐ Yes ☐ No
5. Does your company review each driver's Motor Vehicle Report (MVR) prior to hire? ☐ Yes ☐ No
6. Are Motor Vehicle Reports (MVRs) reviewed for all drivers at least once every year? ☐ Yes ☐ No
7. Is a road test conducted for each driver prior to hire? ☐ Yes ☐ No
8. Distracted driving:
   a. Does your company have a written policy regarding distracted driving and/or use of cell phones in vehicles? ☐ Yes ☐ No
   b. Are employees prohibited from using cell phones and similar devices while driving company vehicles? ☐ Yes ☐ No
   c. Are employees prohibited from using blue tooth headsets while driving company vehicles? ☐ Yes ☐ No
   d. Are employees required to park company vehicles in a safe location before using cell phones and similar devices? ☐ Yes ☐ No
   e. Are employees required to sign a distracted driving policy that outlines consequences for violations? ☐ Yes ☐ No

## Fraud Warnings Disclosure

Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and civil penalties. (Not applicable in AL, AR, CO, DC, FL, KS, KY, LA, MD, ME, NJ, NM, NY, OH, OK, OR, PA, PR, RI, TN, TX, VA, VT, WA, and WV.)

In **Arkansas, Louisiana, Rhode Island, or West Virginia**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

In **Alabama**: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines or confinement in prison, or any combination thereof.

In **Colorado**: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

In **District of Columbia**: Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

In **Florida**: Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

In **Kansas**: Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to an insurer, purported insurer, or to or by a broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act and may be subject to criminal and/or civil fines or penalties.

In **Kentucky**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

In **Maine, Tennessee, Virginia, or Washington**: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

In **Maryland**: Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

In **New Jersey**: Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

In **New Mexico**: ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

In **New York**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

## Fraud Warnings Disclosure, Continued

In **Ohio**: Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

In **Oklahoma**: WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

In **Oregon**: Any person who knowingly and with intent to defraud any insurer or other person files an application for insurance or statement of claim containing any materially false information upon which an insurer relies, if such information was either material to the risk assumed by the insurer or the misinformation was provided fraudulently, may commit a fraudulent insurance act, which may be a crime and may subject the person to criminal and civil penalties.

In **Pennsylvania**: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

In **Puerto Rico**: Any person who has committed fraud, as defined in the law, shall incur a felony, and if convicted, shall be sanctioned for each violation by a penalty of a fine of not less than five thousand dollars ($5,000), nor more than ten thousand dollars ($10,000), or a penalty of imprisonment for a fixed term of three (3) years, or both penalties. If there were aggravating circumstances, the fixed penalty thus established may be increased up to a maximum of five (5) years; if extenuating circumstances are present, it may be reduced to a minimum of two (2) years. In addition to the penalties provided in this chapter, any person who, as a result of the fraud thus committed is benefited in any way to obtain insurance, or in the payment of a loss pursuant to an insurance contract, shall be imposed the payment of restitution of the amount of money resulting from the fraud. Every violation shall have a prescription term of (5) five years.

In **Texas**: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

In **Vermont**: Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**ALL STATES EXCEPT MARYLAND:**

The undersigned, on behalf of all Insureds, acknowledges that discovery of any fraud, intentional concealment, or misrepresentation of any material fact may render this policy, if issued, voidable at inception or otherwise cancelled.

**MARYLAND:**

The undersigned, on behalf of all Insureds, acknowledges that discovery of any fraud, intentional concealment, or misrepresentation of any material fact will be grounds for denial of a claim or cancellation of the policy.

**THIS APPLICATION MAY NOT BE USED TO BIND COVERAGES AND NO COVERAGE COMMENCES.** Completion of this application by a prospective insurance buyer is for the purpose of transmitting information only. Any agreement or contract binding insurance coverage must be done on a separate document. **COVERAGE WILL COMMENCE** only upon the effective date of a separate contract binding insurance coverage (i.e. a policy or official binder form) issued by an agent authorized by the Company.

The applicant hereby agrees that the foregoing statements and answers are a true representation of all the facts and circumstances with regard to the risk to be insured to the best of the applicant's knowledge and the same are therefore made the basis of any policy of insurance issued.

[signature] 09/05/2025

Applicant's Signature Date

Agent or Broker's Signature Date