## AFFIDAVIT OF SERVICE

| Case: 3:26-cv-00931-SCR-DCK | Court: United States District Court for the Western District of North Carolina | County: | Job: 17383448 (00693640) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Starstone Specialty Insurance Company | | **Defendant / Respondent:** PROFESSIONAL POLICE SERVICES, INC. d/b/a PROFESSIONAL SECURITY SERVICE; CITY OF CHARLOTTE | |
| **Received by:** Process Servers of the Carolinas | | **For:** Cozen O'Connor | |
| **To be served upon:** Jameson P. Wells, Registered Agent of Professional Police Services, Inc. | | | |

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jameson Wells, 910 East Boulevard Suite 200, Charlotte, NC 28203

**Manner of Service:** Registered Agent, Nov 23, 2026, 8:25 am EST

**Documents:** Summons In a Civil Action ; Complaint for Declaratory Judgement; StarStone General Liability Insurance Policy Document 1 of 2; Star Stone General Liability Insurance Policy Document 2 of 2; Star Stone Commercial Umbrella Insurance Policy; Central Insurance Agency Insurance Application for Security , Alarm and Investigative Firms; ; Central Insurance Agency Insurance Application for Security , Alarm and Investigative Firms; ; Email from Brahimi Shpresa to Claims With Civil Summons, Complaint; ACORD General Liability Notice of Occurrence /Claim 12/05/2025; ACORD General Liability Notice of Occurrence /Claim 03/06/2025 with Civil Summons, Amended Complaint with Jury Demand and with Plaintiffs First Set of Interrogatories , First Request for Production of Documents , First Request for Admission, and First Request for Inspection Attached; ACORD General Liability Notice of Occurrence /Claim 08/22/2025 (Received Nov 19, 2026 at 3:49pm EST), Electronic Case Opening; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Joint Stipulation of Consent to Exercise Jurisdiction by a United States Magistrate Judge; DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION; DISCLOSURE BY PARTY OR INTERVENOR IN A DIVERSITY CASE; CERTIFICATION AND REPORT OF FED. R. CIV. P. 26(F) CONFERENCE AND DISCOVERY PLAN (Received Nov 19, 2026 at 3:49pm EST)

**Additional Comments:**
1) Unsuccessful Attempt: Nov 20, 2026, 12:15 pm EST at 910 East Boulevard Suite 200, Charlotte, NC 28203
Spoke to the receptionist who stated Jameson was not in today and suggested I should come back Monday morning. None of the other people you listed in the previous email work at this office

2) Successful Attempt: Nov 23, 2026, 8:25 am EST at 910 East Boulevard Suite 200, Charlotte, NC 28203 received by Jameson Wells. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 6'; Hair: Brown;

Kathy Broom 11/23/26

Kathy Broom    Date

Process Servers of the Carolinas
P.O. Box 77031
Charlotte, NC 28271
980-287-1100

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Jerome Anderson

Notary Public

5.25.27

Date    Commission Expires

JEROME ANDERSON
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires May 25, 2027